# EXHIBIT 3

SUM-130

## SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

DEC -9 2009

John A. Clarke, Executive Officer/Clerk

By _____
D. KENNARD

**NOTICE TO DEFENDANT:**
(AVISO AL DEMANDADO):
EMETERIO SANTIAGO, YOLANDA SANTIAGO, FRANCIS S. SANTIAGO, CECILIA B. SANTIAGO, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
DEUTSCHE BANK NATIONAL TRUST, NA, AS TRUSTEE

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte está cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**BY FAX**

1. The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
415 WEST OCEAN BLVD. ROOM 209
LONG BEACH, CA 90802
LONG BEACH COURTHOUSE     LIMITED CIVIL CASE

CASE NUMBER
(Número del caso):
09U03793

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléphono del abogado del demandante, o del demandante que no tiene abogado, es):
DAVID R. ENDRES, APC (CA Bar No. 123564)     (530) 750-3700
THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION     (530) 750-3344
2121 2ND STREET, SUITE C105
DAVIS, CA 95618

3. (Must be Answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:                                                          Clerk, by _____, Deputy
(Fecha)   JOHN A. CLARKE  DEC - 9 2009          (Secretario)   D. KENNARD          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☒ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
       under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunt corporation)  ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
              ☐ CCP 416.46 (occupant)            ☐ other (specify):
5. ☐ by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER–EVICTION**

Code of Civil Procedure, §§ 412.20, 41
5.456.1 167
www.courtinfo.ca.gov

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

1  DAVID R. ENDRES, APC (CA Bar No. 123564)
   THE ENDRES LAW FIRM
2  A PROFESSIONAL CORPORATION
   2121 2nd STREET, SUITE C105
3  DAVIS, CA 95618
   TELEPHONE: 530-750-3700
4  FACSIMILE: 530-750-3366
   dendres@dre-apc.com
5

DEC -9 2009

John A. Clarke, Executive Officer/Clerk

By _____
                D. KENNARD

6  Attorney for Plaintiff
   DEUTSCHE BANK NATIONAL TRUST, NA, AS TRUSTEE
7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF LOS ANGELES

10                LONG BEACH COURTHOUSE

11                   LIMITED CIVIL CASE

12  DEUTSCHE BANK NATIONAL TRUST,  )  Case No.    09U03793
    NA, AS TRUSTEE,                )
13                                 )
         Plaintiff,                )
14                                 )  VERIFIED COMPLAINT FOR
    v.                             )  UNLAWFUL DETAINER
15                                 )
                                   )  AMOUNT DEMANDED DOES NOT
16  EMETERIO SANTIAGO, YOLANDA     )  EXCEED $10,000
    SANTIAGO, FRANCIS S. SANTIAGO, )
17  CECILIA B. SANTIAGO, and DOES 1-5, )
                                   )
18       Defendants.               )
                                   )
19                                 )

20  Plaintiff alleges:

21         1.     Plaintiff is a national banking association, duly chartered by the United States

22  of America, with its principal offices located in the City of Irvine, County of Orange, State of

23  California, and is and was at all times mentioned herein qualified to do business in California.

24         2.     The real property, possession of which is sought in this action, is situated in

25  Los Angeles County, California, in the above-named judicial district, and is commonly described

26  as: 24A West Zane Street, Long Beach, California 90805.  Assessor's Parcel Number 7132-017-014

27  ("the Property").

28         3.     The true names and capacities of Does 1 through 5, inclusive, are presently

                                   1
            VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

1   unknown to plaintiff, who therefore sues such defendants under such fictitious names pursuant to

2   Section 474 of the California Code of Civil procedure. Plaintiff is informed and believes, and on

3   such information and belief alleges, that each such "Doe" defendant is in possession of the Property,

4   without the permission or consent of plaintiff, and plaintiff will amend this complaint to state the

5   true names and capacities of said defendants when the same have been ascertained.

6          4.    On November 6, 2009, the Property was sold to plaintiff in accordance with

7   Civil Code Sections 2923.5 and 2924 *et seq.* under a power of sale contained in a Deed of Trust

8   dated August 25, 2006, executed by EMETERIO SNTIAGO AND YOLANDA SANTIAGO,

9   husband and wife, as trustor(s) and FRANCIS S. SANTIAGO AND CECILIA B. SANTIAGO,

10   husband and wife, as trustor(s). Plaintiff's title pursuant to the sale has been duly perfected and a

11   Trustee's Deed conveying title to plaintiff has been duly recorded in the county where the Property

12   is situated. A copy of said Trustee's Deed is attached hereto, marked as Exhibit "A", and

13   incorporated herein by this reference.

14          5.    Plaintiff is the owner of, and entitled to immediate possession of the property.

15          6.    On December 3, 2009, in the manner provided by law, plaintiff caused to be

16   served on defendant a written notice requiring defendants to vacate and deliver up possession of the

17   Property to plaintiff within 3 days after service of said notice. A copy of said Notice is attached

18   hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the manner

19   provided by law and as more particularly described in the attached Proof of Service, marked as

20   Exhibit "C", which is incorporated herein by this reference.

21          7.    More than 3 days have elapsed since the service of said Notice, but defendants

22   have failed and refused to deliver up possession of the Property.

23          8.    Defendants continue in possession of the Property without plaintiff's

24   permission or consent.

25          9.    The reasonable value for the use and occupancy of the Property is the sum of

26   $50.00 per day, and damages to plaintiff caused by defendants' unlawful detention thereof have

27   accrued at said rate since December 7, 2009, and will continue to accrue at said rate so long as

28   defendants remain in possession of the Property.

2

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

1         10.       Pursuant to California Evidence Code Section 453, Plaintiff states that at the

2 time of trial it will request judicial notice be taken of certified copy of the recorded document

3 referred to in paragraph 4 hereof and all proofs of service then on file herein.

4       WHEREFORE, plaintiff prays judgment against defendants as follows:

5         1.      For restitution and possession of the Property;

6         2.      For damages in the amount of $50.00 per day from December 7, 2009, and

7                 for each day that defendants continue in possession of the Property through

8                 the date of entry of judgment; and

9         3.      For costs and for such other and further relief as the court may deem just and

10                 proper.

11

12                           THE ENDRES LAW FIRM

13

14 Dated: December 7, 2009               By:

15                           David R. Endres, APC
                          Attorney for Plaintiff

16                           DEUTSCHE BANK NATIONAL TRUST,
                          NA, AS TRUSTEE

17

18

19

20

21

22

23

24

25

26

27

28

**3**

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1

**VERIFICATION**

2  I, the undersigned, declare:

3  I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4  I am the attorney or one of the attorneys for DEUTSCHE BANK NATIONAL TRUST, NA,

5 AS TRUSTEE,  a party to this action. Such is absent from the county where I or such attorneys have

6 their offices and is unable to verify the document described above. For that reason, I am making this

7 verification for and on behalf of that party. I am informed and believe and on that basis allege that

8 the matters stated in said document are true and correct.

9  I declare under penalty of perjury under the laws of the State of California that the foregoing

10 is true and correct.

11  Executed this 7th day of December, 2009, at Davis, California.

12

13

14        By: _____

15         David R. Endres, Attorney at Law

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name a... address)*: | TELEP... E NO.: | FOR COURT USE ONLY |
|---|---|---|

GEORGE HOLLAND, JR., ESQ. 216735  (510) 465-4100
(510) 465-4747

HOLLAND LAW FIRM
1970 BROADWAY, SUITE 1030
OAKLAND, CALIFORNIA 94612-2222
ATTORNEY FOR *(Name)*: DEFENDANTS

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 415 WEST OCEAN BOULEVARD
MAILING ADDRESS:
CITY AND ZIP CODE: LONG BEACH, CA 90802
BRANCH NAME: LIMITED JURISDICTION

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST, NA AS TRUSTEE

DEFENDANT: EMETERIO SANTIAGO, et al.

*12-17-09*

*A 11*

| **ANSWER - Unlawful Detainer** | CASE NUMBER: 09U03793 |
|---|---|

1. Defendant *(names)*: EMETERIO SANTIAGO, FRANCIS S. SANTIAGO, CECILIA B. SANTIAGO
YOLANDA SANTIAGO
answers the complaint as follows:

2. ***Check ONLY ONE of the next two boxes:***
   a. [X] Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands mor than $1,000)*.
   b. [ ] Defendant admits that all of the statements of the complaint are true EXCEPT
      (1)  Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complain or explain)*:

      [ ] Continued on Attachment 2b(1).
      (2)  Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain)*:

      [ ] Continued on Attachment 2b(2).

3. **AFFIRMATIVE DEFENSES**   (*NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j).*)
   a. [ ] *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. [ ] *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff di not give proper credit.
   c. [ ] *(nonpayment of rent only)* On *(date)*:                           , before the notice to pay or quit expired, defenda offered the rent due but plaintiff would not accept it.
   d. [ ] Plaintiff waived, changed, or canceled the notice to quit.
   e. [ ] Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. [ ] By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. [X] Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)*: Civil Code Sections 1161a-c,; 2923.5, 2932.5, 2924, et seq.,
   *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*
   h. [ ] Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. [ ] Other affirmative defenses are stated in item 3j.

Form Approved by the
Judicial Council of California
UD-105 [Rev. January 1, 2007]
*Martin Dean's*
ESSENTIAL FORMS™

**ANSWER - Unlawful Detainer**

Civil Code, § 1940 et s
Code of Civil Procedure, § 425
www.courtinfo.ca.g

SANTIAGO, EMETERIO

*24 A West Zan. Street*

| PLAINTIFF *(Name):* DEUTSCHE BANK NATIONAL TRUST, NA AS TRUSTEE | | **UD-105** |
|---|---|---|
| | CASE NUMBER | |
| DEFENDANT *(Name):* Emeterio Santiago, Yolanda Santiago, Francis S. Santiago, Cecilia | 09U03793 | |

**3. AFFIRMATIVE DEFENSES (cont'd)**

j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one):*

(1) ☑ All the facts are stated in Attachment 3j.      (2) ☐ Facts are continued in Attachment 3j.

**4. OTHER STATEMENTS**

a. ☐ Defendant vacated the premises on *(date):*

b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain):*

c. ☐ Other *(specify):*

**5. DEFENDANT REQUESTS**

a. that plaintiff take nothing requested in the complaint.

b. costs incurred in this proceeding.

c. ☐ reasonable attorney fees.

d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

e. ☐ Other *(specify):*

6. ☐ Number of pages attached *(specify):*

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400-6415)**

7. *(Must be completed in all cases)* An **unlawful detainer assistant** ☒ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

a. Assistant's name:                                      b. Telephone No.:

c. Street address, city, and ZIP:

d. County of registration:                         e. Registration No.:          f. Expires on (date):

George Holland Jr., ESQ.
_____
*(TYPE OR PRINT NAME)*                                      ▶ _____ *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

_____
*(TYPE OR PRINT NAME)*                                      ▶ _____ *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Emeterio Santiago, Yolanda Santiago, Francis S. S.                ▶ *Emeterio Santiago jr*
_____
*(TYPE OR PRINT NAME)*                                      *(SIGNATURE OF DEFENDANT)*

CECILIA SANTIAGO                       YOLANDA SANTIAGO (DECEASED)

                                   *Cecilia Santiago*

                                   *Francis Santiago*

UD-105 [Rev. January 1, 2007]                **ANSWER—Unlawful Detainer**                Page 2 of 2

1

## ATTACHMENT 3J

2

### AFFIRMATIVE AND OTHER DEFENSES

3

4

     AS A **FIRST AFFIRMATIVE DEFENSE** to the complaint, the trustee sale was

5

void from the outset as the trustee failed to comply with Code of Procedure Sections

6

1161a, 1161b and Civil Code Sections 2923.5, 2924 and 2924a through 2924h and

7

2932.5.

8

9

     AS A **SECOND AFFIRMATIVE DEFENSE** to the complaint, these answering

10

defendants are informed and believe, and on such basis allege that plaintiff's alleged title

11

to the real property located at 24A West Zane Street, Long Beach, CA 90805 is the result

12

of a fraudulent conveyance and plaintiff has no interest in said real property.

13

     AS A **THIRD AFFIRMATIVE DEFENSE** to the complaint, these answering

14

defendants are informed and believe, and on such basis alleges that any recovery of the

15

parties against these defendants are barred by provision of California Civil Code Section

16

3335.

17

     AS A **FOURTH AFFIRMATIVE DEFENSE** to the complaint, these answering

18

defendants are  informed and believe, and on such basis alleges, that plaintiff is barred

19

because it comes with unclean hands.

20

     AS A **FIFTH AFFIRMATIVE DEFENSE**, this answering defendant

21

is informed and believes, and on such basis alleges, that plaintiff is not a bona fide

22

purchaser for value of the real property located at 24A West Zane Street, Long Beach,

23

CA 90805.

24

25

**AS A SIXTH AFFIRMATIVE DEFENSE** to the complaint, these answering defendants cannot fully anticipate all affirmative defenses that may be applicable to this action bases upon the conclusionary terms used in the complaint. Accordingly, these answering defendants expressly reserve the right to assert additional defenses if and to the extent that such affirmative defenses become applicable.

**AS A SEVENTH AFFIRMATIVE DEFENSE** to the complaint these answering defendants are informed and believe and on such basis alleges that the notice to quit fails to comply with the Code of Civil Procedure Sections 1161 (a)(c) and 1161 (b) because the three-day notice to quit is improper for defendants.

**AS A EIGHT AFFIRMATIVE DEFENSE** to the complaint these answering defendants are informed and believe and on such basis alleges that plaintiff's title to the real property located at 24A West Zane Street, Long Beach, CA 90805 should be set aside as the result of the fraudulent conveyance.

**AS A NINTH AFFIRMATIVE DEFENSE** to the complaint, through its conduct, acts and communications, plaintiff caused defendants to change their position and to act to their detriment and prejudice. Plaintiff is therefore estopped from asserting claims set forth in its complaint.

**AS A TENTH AFFIRMATIVE DEFENSE** to the complaint, defendants are informed and believe, and upon such information and belief allege, that each cause of action thereof, is barred by latches.

**AS A ELEVENTH AFFIRMATIVE DEFENSE** to the complaint, defendants are informed and believe, and upon such information and belief alleges, plaintiff lacks the capacity to sue in the present action because there was no obligation owed to it by

defendants because the transfer of the Deed of Trust to defendants solely was without any

effect. Kelly v. Upshaw (1952) 39 Cal.2d 171, 179.

AS A TWELFTH AFFIRMATIVE DEFENSE to the complaint, defendants are

informed and believe, and upon such information and belief allege, plaintiff lacks

capacity to sue because it never received any assignment or endorsement of the rights in

the Promissory Note from any predecessor in interest and the transfer of the Deed of

Trust without the assignment or endorsement of the Promissory Note is without any

effect. Kelly v. Upshaw (1952) 39 Cal.2d 171, 179. .

AS A THIRTEENTH AFFIRMATIVE DEFENSE to the complaint,

defendants are informed and believe, and upon such information and belief allege, that

there is no promissory note securing the property to any debt and there was any unlawful

and improper assignment of the deed of trust by plaintiff.  Also, there is no recording of

the promissory note or assignment or endorsement of the promissory note as required by

Civil Code Section 2932.5.

AS A FOURTEENTH AFFIRMATIVE DEFENSE to the complaint,

defendants are informed and believe, and upon such information and belief allege, title to

the real property that is the subject of plaintiff's complaint is in dispute and beyond the

jurisdiction of the Limited Jurisdiction Court.

AS A FIFTEENTH AFFIRMATIVE DEFENSE to the complaint,

Defendant is informed and believes, and upon such information and belief alleges, that

plaintiff's predecessors failed to comply with Civil Code Section 2923.5, prior to filing

any foreclosure action which bars the present action.

AS A SIXTEENTH AFFIRMATIVE DEFENSE to the complaint,

1   Defendant is informed and believes, and upon such information and belief alleges, that

2   plaintiff has not perfected title to the subject real property pursuant to *Vella v. Hudgins*

3   (1977) 20 C.3d 251, 255; *Evans v. Superior Court* (*Robbins*) (1977) 67 Cal.App.3d 162,

4   169.

5       **AS A SEVENTEENTH AFFIRMATIVE DEFENSE** to the complaint, Plaintiff

6   is claiming ownership of the said Property.  Plaintiff has not shown any documentation or

7   recordation to the Country recorders of ownership of said property.

8       **AS A EIGTHTEENTH AFFIRMATIVE DEFENSE** to the complaint,

9   Defendants are informed and believe and on such basis allege that another action is

10  pending in Los County Superior Court Case No: LC087445 claiming Plaintiff's Title to

11  the Real Property at 24A West Zane, Long Beach, CA is the result of Fraud and other

12  related causes of action which involve common questions of fact and law to the present

13  action.

14      **FACTS TO SUPPORT THE AFFIRMATIVE DEFENSES**

15      Defendants are owners and purchased the subject real property located at 24A West Zane

16  Street, Long Beach, California on or about August 2, 2006. (hereinafter as "PROPERTY").

17  They allegedly executed a promissory note in the amount of $450,000 form SBMC Mortgage

18  ("Mortgage") secured by Deed of Trust.  The promissory note was not recorded and later the

19  Deed of Trust was assigned.  However, the promissory note was not endorsed or assigned to the

20  plaintiff's predecessors in interest.  MERS which was a suspended corporation by the State of

21  California and unable to conduct any business in this state transferred the Deed of Trust to

22  plaintiff's predecessor in interest.  This transfer had no effect because MERS could not conduct

23

24

25

1    any business in this state and because the transfer of the Deed of Trust alone was without any

2    effect and void from the outset. Thus, no rights to collect any debt or foreclosure.

3        Also, because the promissory note and the transfer of the promissory note were not

4    recorded as required by Civil Code Section 2932.5, the foreclosure was improper and void.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>PROOF OF SERVICE</u>
C.C.P. SECTIONS 1013a, 2015.5

I am a citizen of the United States and employed in the Count

of Alameda; I am over the age of eighteen years and not a party to th

within action; my business address is 1970 Broadway, Suite 1030

Oakland, California, 94612.

On December 15, 2009, I served a copy of the attached:



**ANSWER TO UNLAWFUL DETAINER AND ATTACHMENT 3J**

by placing said copy in a sealed envelope with postag
thereon fully prepaid, following ordinary busines
practices, said correspondence to be deposited with th
United States Postal Service, that same day in the ordinar
course of business, at Oakland, California addressed as se
forth below.

by personally delivering a true copy thereof to th
person(s) at the address(es) as set forth below.

by sending a copy to Facsimile number _____ t
the person at the address(es) as set forth below.

David R. Endres, Esq.
THE ENDRES LAW FIRM, APC
2121 2nd Street, Suite C105
Davis, CA 95618

I declare under penalty of perjury under the laws of the Stat

of California that the foregoing is true and correct.

Dated: December 15, 2009

George Holland, Jr.

1

SUM-130

**SUMMONS**
*(CITACIÓN JUDICIAL)*
**UNLAWFUL DETAINER – EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)*

| | |
|---|---|
| | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

DEC 1 1 2009

John A. Clarke, Executive Officer/Clerk

By _D. KENNARD_

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
EMETERIO SANTIAGO, YOLANDA SANTIAGO, FRANCIS S SANTIAGO, CECELIA B
SANTIAGO, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DEUTSCHE BANK NATIONAL TRUST, NA, AS TRUSTEE

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| | **CASE NUMBER:**<br>*(Número del caso):*<br>09N03822 |

1.  The name and address of the court is:
    *(El nombre y dirección de la corte es):*
    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
    415 WEST OCEAN BLVD. ROOM 209
    LONG BEACH, CA 90802
    LONG BEACH COURTHOUSE          LIMITED CIVIL CASE

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
    *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
    DAVID R. ENDRES, APC (CA Bar No. 123564)          (530) 750-3700
    THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION    (530) 750-3344
    2121 2ND STREET, SUITE C105
    DAVIS, CA 95618

3.  *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
    for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:  JOHN A. CLARKE  DEC 1 1 2009    Clerk, by _____, Deputy
*(Fecha)*                              *(Secretario)*    _D. KENNARD_    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4.  **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| | a. ☒ as an individual defendant. |
| | b. ☐ as the person sued under the fictitious name of *(specify):* |
| | c. ☐ as an occupant |
| | d. ☐ on behalf of *(specify):* |
| | under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor) |
| | ☐ CCP 416.20 (defunt corporation)    ☐ CCP 416.70 (conservatee) |
| | ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person) |
| | ☐ CCP 416.46 (occupant)    ☐ other *(specify):* |
| | 5.  ☐ by personal delivery on *(date):* |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS–UNLAWFUL DETAINER–EVICTION**

Code of Civil Procedure, §§ 412.20,41
5,456.1 167
www.courtinfo.ca.gov

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

DEC 1 1 2009

John A. Clarke, Executive Officer/Clerk

By _____

D. KENNARD

1  DAVID R. ENDRES, APC (CA Bar No. 123564)
   THE ENDRES LAW FIRM
2  A PROFESSIONAL CORPORATION
   2121 2nd STREET, SUITE C105
3  DAVIS, CA 95618
   TELEPHONE: 530-750-3700
4  FACSIMILE: 530-750-3366
   dendres@dre-apc.com
5
6  Attorney for Plaintiff
   DEUTSCHE BANK NATIONAL TRUST, NA, AS TRUSTEE
7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF LOS ANGELES

10               LONG BEACH COURTHOUSE

11                 LIMITED CIVIL CASE

12 DEUTSCHE BANK NATIONAL TRUST, )   Case No.    09U03822
   NA, AS TRUSTEE,               )
13                               )
              Plaintiff,         )
14                               )   VERIFIED COMPLAINT FOR
   v.                            )   UNLAWFUL DETAINER
15                               )
                                 )   AMOUNT DEMANDED DOES NOT
16 EMETERIO SANTIAGO, YOLANDA    )   EXCEED $10,000
   SANTIAGO, FRANCIS S SANTIAGO  )
17 AND CECELIA B SANTIAGO, and DOES )
   1-5,                          )
18                               )
              Defendants.        )
19 _____)

20 Plaintiff alleges:

21         1.      Plaintiff is a national banking association, duly chartered by the United States

22 of America, with its principal offices located in the City of Irvine, County of Orange, State of

23 California, and is and was at all times mentioned herein qualified to do business in California.

24         2.      The real property, possession of which is sought in this action, is situated in

25 Los Angeles County, California, in the above-named judicial district, and is commonly described

26 as: 24B West Zane Street, Long Beach, California 90805.  Assessor's Parcel Number 7132-017-014

27 ("the Property").

28         3.      The true names and capacities of Does 1 through 5, inclusive, are presently

                                        1
                VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

1    unknown to plaintiff, who therefore sues such defendants under such fictitious names pursuant to

2    Section 474 of the California Code of Civil procedure. Plaintiff is informed and believes, and on

3    such information and belief alleges, that each such "Doe" defendant is in possession of the Property,

4    without the permission or consent of plaintiff, and plaintiff will amend this complaint to state the

5    true names and capacities of said defendants when the same have been ascertained.

6          4.     On November 6, 2009, the Property was sold to plaintiff in accordance with

7    Civil Code Sections 2923.5 and 2924 *et seq.* under a power of sale contained in a Deed of Trust

8    dated August 25, 2006, executed by EMETERIO SANTIAGO AND YOLANDA SANTIAGO,

9    husband and wife and and FRANCIS S SANTIAGO AND CECELIA B SANTIAGO, husband and

10   wife as trustor(s). Plaintiff's title pursuant to the sale has been duly perfected and a Trustee's Deed

11   conveying title to plaintiff has been duly recorded in the county where the Property is situated. A

12   copy of said Trustee's Deed is attached hereto, marked as Exhibit "A", and incorporated herein by

13   this reference.

14         5.     Plaintiff is the owner of, and entitled to immediate possession of the property.

15         6.     On December 3, 2009, in the manner provided by law, plaintiff caused to be

16   served on defendant a written notice requiring defendants to vacate and deliver up possession of the

17   Property to plaintiff within 3 days after service of said notice. A copy of said Notice is attached

18   hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the manner

19   provided by law and as more particularly described in the attached Proof of Service, marked as

20   Exhibit "C", which is incorporated herein by this reference.

21         7.     More than 3 days have elapsed since the service of said Notice, but defendants

22   have failed and refused to deliver up possession of the Property.

23         8.     Defendants continue in possession of the Property without plaintiff's

24   permission or consent.

25         9.     The reasonable value for the use and occupancy of the Property is the sum of

26   $50.00 per day, and damages to plaintiff caused by defendants' unlawful detention thereof have

27   accrued at said rate since December 7, 2009, and will continue to accrue at said rate so long as

28   defendants remain in possession of the Property.

2

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

10.    Pursuant to California Evidence Code Section 453, Plaintiff states that at the time of trial it will request judicial notice be taken of certified copy of the recorded document referred to in paragraph 4 hereof and all proofs of service then on file herein.

WHEREFORE, plaintiff prays judgment against defendants as follows:

1.    For restitution and possession of the Property;

2.    For damages in the amount of $50.00 per day from December 7, 2009, and for each day that defendants continue in possession of the Property through the date of entry of judgment; and

3.    For costs and for such other and further relief as the court may deem just and proper.

THE ENDRES LAW FIRM

Dated: December 10, 2009

By:
David R. Endres, APC
Attorney for Plaintiff
DEUTSCHE BANK NATIONAL TRUST,
NA, AS TRUSTEE

3

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

## VERIFICATION

I, the undersigned, declare:

I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

I am the attorney or one of the attorneys for DEUTSCHE BANK NATIONAL TRUST, NA, AS TRUSTEE, a party to this action. Such is absent from the county where I or such attorneys have their offices and is unable to verify the document described above. For that reason, I am making this verification for and on behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of December, 2009, at Davis, California.

By: _____
David R. Endres, Attorney at Law

4

### VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
DAVID R. ENDRES, APC 123564
Endres Law Firm
2121 2nd St, #C-105
Davis, CA 95618

TELEPHONE NO.:         FAX NO. *(Optional)*:
EMAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: DEUTSCHE BANK

FOR COURT USE ONLY

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

DEC 1 5 2009

John A. Clarke, Executive Officer/Clerk

By _____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 415 West Ocean Blvd.
MAILING ADDRESS:
CITY AND ZIP CODE: Long Beach 90802
BRANCH NAME: South District, Long Beach Courthouse

PLAINTIFF/PETITIONER: DEUTSCHE BANK

DEFENDANT/RESPONDENT: SANTIAGO; SANTIAGO; SANTIAGO; SANTIAGO

CASE NUMBER:
09U03822

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
103588

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:         **BY FAX**
   Summons - Unlawful Detainer - Eviction; Verified Complaint for Unlawful Detainer; Prejudgment Claim of Right of
   Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; Exhibits

3. a.  Party served *(specify name of party as shown on documents served)*:
      **CECELIA B SANTIAGO**
   b. [   ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
      under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   **24B W ZANE Street, LONG BEACH, CA 90805**

5. I served the party *(check proper box)*
   a. [   ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party  (1) on *(date)*:    (2) at *(time)*:
   b. [ X ] **by substituted service.** On *(date)*: 12/13/2009  (2) at *(time)*: 8:50 PM  I left the documents listed in item 2 with or
      in the presence of *(name and title or relationship to person indicated in item 3)*:
      **Emeterio Santiago (co occupant), A black male approx. 55-65 years of age 5'4"-5'6" in height weighing 140-160
      lbs with black hair**

      (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
         of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ X ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual
         mailing addresss of the person to be served, other than a United States Postal Service post office box. I
         informed him or her of the general nature of the papers.
      (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
         the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:         or [ X ] a declaration of mailing is attached.
      (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10


Order No. 6151147 SEA FIL



| PLAINTIFF/PETITIONER:  DEUTSCHE BANK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  SANTIAGO; SANTIAGO; SANTIAGO; SANTIAGO | 09U03822 |

c. [   ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,
(1) on *(date):*       (2) from *(city):*
   (3) [   ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope
addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
   (4) [   ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [   ] **by other means** *(specify means of service and authorizing code section):*

   [   ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ X ] as an individual defendant.
  b. [   ] as the person sued under the fictitious name of *(specify):*
  c. [   ] as occupant
  d. [   ] On behalf of *(specify):*
     under the following Code of Civil Procedure section:

| | |
|---|---|
| [   ] 416.10 (corporation) | [   ] 415.95 (business organization, form unknown) |
| [   ] 416.20 (defunct corporation) | [   ] 416.60 (minor) |
| [   ] 416.30 (joint stock company/association) | [   ] 416.70 (ward or conservatee) |
| [   ] 416.40 (association or partnership) | [   ] 416.90 (authorized person) |
| [   ] 416.50 (public entity) | [   ] 415.46 (occupant) |
| | [   ] other |

7. **Person who served papers**
  a. Name:                   **Edwin Lugo**
  b. Address:             **261 S. Figueroa Street, SUITE 280, LOS ANGELES, CA 90012**
  c. Telephone number:     **213-621-9999**
  d. The fee for service was:  **$35.00**
  e. I am:
    (1) [   ] not a registered California process server.
    (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i) [   ] owner  [   ] employee  [ X ] independent contractor
        (ii) [ X ] Registration No.:   **5605**
        (iii) [ X ] County:       **Los Angeles**

8. [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  **12/14/2009**

BY FAX

_____        _____
        **Edwin Lugo**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)



**PROOF OF SERVICE OF SUMMONS**        Order No. 6151147 SEA FIL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DAVID R. ENDRES, APC 123554<br>Endres Law Firm<br>2121 2nd St, #C-105<br>Davis, CA 95618<br><br>TELEPHONE NO.:                    FAX NO. *(Optional):*<br>EMAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*   DEUTSCHE BANK | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
  STREET ADDRESS:  415 West Ocean Blvd.
  MAILING ADDRESS:
  CITY AND ZIP CODE:  Long Beach 90802
  BRANCH NAME:  South District, Long Beach Courthouse

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER:  DEUTSCHE BANK | 09U03822 |
| DEFENDANT/RESPONDENT:  SANTIAGO; SANTIAGO; SANTIAGO; SANTIAGO | |

| | Ref. No. or File No.: |
|---|---|
| DECLARATION OF REASONABLE DILIGENCE | 103588 |

Party to Serve:
**CECELIA B SANTIAGO**

Documents:
**Summons - Unlawful Detainer - Eviction; Verified Complaint for Unlawful Detainer; Prejudgment Claim of Right of Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; Exhibits**

Service Address:
**24B W ZANE Street, LONG BEACH, CA 90805**

I declare the following attempts were made to effect service by personal delivery:
**12/11/2009 9:52:00 PM: No Answer at the door**
**12/12/2009 6:30:00 AM: No Answer at the door**
**12/13/2009 9:10:00 AM: No Answer at the door**

Person who served papers:
Edwin Lugo
261 S. Figueroa Street, SUITE 280, LOS ANGELES, CA 90012
213-621-9999

I am a registered California process server
  Registration No.:  5605
  County:        Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/14/2009**

_____          _____
            Edwin Lugo                                         (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)



BY FAX

Order No. 6151147 SEA FIL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>DAVID R. ENDRES, APC 123564<br>Endres Law Firm<br>2121 2nd St, #C-105<br>Davis, CA 95618 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                     FAX NO. *(Optional):*<br>EMAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*   DEUTSCHE BANK | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 415 West Ocean Blvd.
MAILING ADDRESS:
CITY AND ZIP CODE: Long Beach 90802
BRANCH NAME: South District, Long Beach Courthouse

| PLAINTIFF/PETITIONER:  DEUTSCHE BANK | CASE NUMBER:<br>09U03822 |
|---|---|
| DEFENDANT/RESPONDENT:  SANTIAGO; SANTIAGO; SANTIAGO; SANTIAGO | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>103588 |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **December 14th, 2009,** after substituted service was made, I mailed the following documents: **Summons - Unlawful Detainer - Eviction; Verified Complaint for Unlawful Detainer; Prejudgment Claim of Right of Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; Exhibits** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA.**

That I addressed the envelope as follows:

CECELIA B SANTIAGO
24B W ZANE Street
LONG BEACH, CA 90805

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **December 14th, 2009** at Sacramento, CA.



Declarant     Russell Duane

Order No. 6151147 SEA FIL