**ENTERED** United States Bankruptcy Court
Central District Of California

JUN 09 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| In re: | CHAPTER NO.: 7 |
|---|---|
| Emeterio S Santiago | CASE NUMBER: 2:10-bk-15891-VZ |
| | DATE OF FILING: February 19, 2010 |

FILED
JUN - 1 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## CASE INITIATION ACTION NOTICE

**To:** Honorable Vincent P. Zurzolo
**From:** Maria Alcala    **Ext:** 1319    **Date:** May 26, 2010

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
  - **Case No:** ___    **Chapter** ___
  - **Case No:** ___    **Chapter** ___
  - **Case No:** ___    **Chapter** ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
  - **Prior Case No.** ___    **Chapter** _    **Date of Filing:** _
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
  - **Prior Case No.** ___    **Chapter** _    **Date of Filing:** _
  - District and division, if other than CAC _
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☑ Other: Debtor's Non-Compliance with Case Commencement Deficiency Notice.

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☑ Dismiss with 180 day restriction
- ☐ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: _

Dated: 6/1/10

BY THE ORDER OF THE COURT:
Honorable Vincent P. Zurzolo

Revised 11/09

**2:10-bk-15891-VZ** Emeterio S Santiago
Case type: bk Chapter: 7 Asset: No Vol: v Judge: Vincent P. Zurzolo
Date filed: 02/19/2010 Date of last filing: 05/20/2010

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | ◯ Aty Disclosure Stmt. | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Cert. Credit Counseling | 02/19/2010 | 03/05/2010 | | | |
| 1 | ◯ Corp Resolut Auth File | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Corp. Ownership Stat. | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Db Cert of Empl Income | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Decl. Pet. Prep. (19) | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Declaration Re Sched | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Declaration of Attorney | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Discl. Comp. Pet. Prepr | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Exhibit D | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ List of All Creditors | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Notice Avail Chapters | 02/19/2010 | 03/05/2010 | | | |
| 1 | ◯ Petition Prep Signature | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Schedule A | 02/19/2010 | 03/05/2010 | 03/07/2010 | | |
| 1 | ◯ Schedule B | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule C | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule D | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule E | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule F | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule G | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule H | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule I | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Schedule J | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ StatOfSSNB21 | 02/19/2010 | 03/05/2010 | 03/18/2010 | | |
| 1 | ◯ Statement - Form 22A | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | ◯ Statemt Assist non-Atty | 02/19/2010 | 03/05/2010 | | 02/19/2010 | |
| 1 | ◯ Statistical Summary | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Stmt. of Fin. Affairs | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Stmt. of Related Case | 02/19/2010 | 03/05/2010 | | | |
| 1 | ◯ Summary of Schedules | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
| 1 | ◯ Verif. of cred. matrix | 02/19/2010 | 03/05/2010 | | 03/08/2010 | |
| 1 | ◯ Incomplete Filings Due | 02/19/2010 | 03/05/2010 | | | |
| 1 | ◯ Statement of Intent | 02/19/2010 | 03/22/2010 | | | |
| 3 | ◯ 341 Meeting | 02/26/2010 | 03/30/2010 at 04:30 PM | 04/01/2010 | | |
| 1 | ◯ Section 316 Incomplete Filings | 02/19/2010 | 04/05/2010 | | 03/08/2010 | |
| 3 | ◯ Objection to Discharge Due | 02/26/2010 | 06/01/2010 | | | |
| 13 | ◯ Hearing | 05/19/2010 | 06/22/2010 at 09:30 AM | | | Zurzolo, Vincent P. |

# United States Bankruptcy Court
## Central District Of California

| In re:<br>Emeterio S Santiago | CHAPTER NO.: 7 |
|---|---|
|  | CASE NO.: 2:10-bk-15891 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
A. You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Rule 1015-2.
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002-1(g)]
☑ Verification of Creditor Mailing List. [Local Rule 1007-2(d)]
☑ Summary of Schedules (Form B6). [Local Rule 1002-1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002-1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002-1(g)]
☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090-1(a); 1002-1(g)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Statistical Summary of Certain Liabilities
☑ Exhibit D
☑ Debtor's Certification of Employment Income
X Electronic Filing Declaration
X List of All Creditors / Statement of Social Security Number(s) Form B21

B. You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002-1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002-1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: February 19, 2010

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Binh Tran
Deputy Clerk

mccdn - Revised 12/2009                                                        2 - 1 / BTG

# CERTIFICATE OF NOTICE

```
District/off: 0973-2            User: btranC              Page 1 of 1           Date Rcvd: Feb 24, 2010
Case: 10-15891                  Form ID: mccdn            Total Noticed: 2

The following entities were noticed by first class mail on Feb 26, 2010.
db            Emeterio S Santiago,   24 B West Vane St,   Long Beach, CA  90805
aty          +George Holland, Jr,    Holland Law Firm,    1970 Broadway Ste 1030,   Oakland, CA  94612-2222

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2010            Signature:    *[signed] Joseph Speetjens*

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Central District of California

In re  Emeterio San Juan Santiago  _____   Case No. __2;10-bk-15891__
                Debtor(s)                                                  (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1 D (Official Form 1, Exh. D) (12/09) – Cont.    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]* EMETERIO SAN JUAN SANTIAGO

Date: 2/23/2010